IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUSANA ALVARADO,

    Plaintiff,

v.                                                                                   CV 10-1237 CG/WPL

CITY OF HOBBS, NEW MEXICO,
a municipal corporation,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Deadline by which to Respond to Defendant's Motion for Summary Judgment.* (Doc. 28). The Court, having reviewed the Motion, noting that it is unopposed, and otherwise being fully advised in the premises, **FINDS** the motion to be well-taken.

**IT IS THEREFORE ORDERED** that Plaintiff's *Unopposed Motion to Extend Deadline by which to Respond to Defendant's Motion for Summary Judgment*, (Doc. 28), is **GRANTED**. Plaintiff's deadline to respond to Defendant's motion for summary judgment shall be June 15, 2011.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE